## Philadelphia v. Stimmler et al., Appellants.

Argued November 13, 1969. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

 reargument refused February 16, 1971.

*Carl M. Mazzocone*, with him *Sheer & Mazzocone*, for appellants.

*Matthew W. Bullock, Jr.*, Second Deputy City Solicitor, with him *Edward G. Bauer, Jr.*, City Solicitor, for City of Philadelphia, appellee.

Opinion Per Curiam, January 7, 1971:
Decree affirmed. Costs to be borne by appellants.

Mr. Justice Cohen took no part in the decision of this case.